# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jessica Ngoc Nquyen

          **Debtor(s)**

**BK NO. 26-00497 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
16 Mar 2026, 16:35:19, EDT


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 66c1c7ec7116c7c02b280d80da384eec9515af17be25a6d2f63d844f92281705